Our ref:  USN130.1217381

# Kennedys

**Via Electronic Filing:**

Honorable Jessica G. L. Clarke
U.S. District Court for the Southern District of NY
500 Pearl Street
New York, New York 10007

22 Vanderbilt Avenue
Suite 2400
New York, NY 10017
USA

t +1 212.252.0004
f +1 212.832.4920

kennedyslaw.com

t +1 845 422 9850

Laura.Dowgin@kennedyslaw.com

May 8, 2025



Re: **Alliance of Nonprofits for Insurance Risk Retention Group v. WESPAC Foundation, Inc. et al.**, venued in Southern District of New York
Case No. 7:25-cv-01320-JGLC

Dear Judge Clarke,

As counsel to Plaintiff, Alliance of Nonprofits for Insurance Risk Retention Group ("Alliance"), in the above-referenced matter. I respectfully submit this letter in response to the May 7th notice, reiterating the Court's Order of March 18, 2025 and requiring the parties to file a joint letter by May 9, 2025.

We sincerely apologize for failing to file the So-Ordered joint letter in the timeframe approved, however, at this time Alliance is in discussions with WESPAC as to whether there remains a justiciable controversy to be heard at all. Based on these discussions, we expect this case to be voluntarily dismissed before June 1, 2025, and as such we respectfully request an adjournment of the planned conference and the respective joint letter. We did advise appearing counsel of this fact, which is why they did not submit a letter either.

Please do not hesitate to contact me with any questions about this matter.

Respectfully submitted,

*Laura Dowgin*

**Laura B. Dowgin**
Partner for Kennedys

cc: **All Counsel of Record via ECF**

IT IS HEREBY ORDERED that the conference in this matter, previously scheduled for May 13, 2025 at 12:30 p.m., is CANCELED. The parties' deadline to file a joint letter is ADJOURNED and the parties are HEREBY ORDERED to file a joint status letter with the Court by no later than **June 2, 2025** if the matter has not been voluntarily dismissed before then. The Clerk of Court is directed to terminate ECF No. 5.

Dated: May 9, 2025
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Kennedys is a trading name of Kennedys CMK LLP, a limited liability partnership, in New Jersey, United States (with registered number 0450171416)

Kennedys Law LLP, a UK Limited Liability Partnership, is a partner of Kennedys CMK LLP

Kennedys offices, associations and cooperations:  Argentina, Australia, Belgium, Bermuda, Bolivia, Brazil, Canada, Chile, China, Colombia, Denmark, Dominican Republic, Ecuador, England and Wales, France, Guatemala, Hong Kong, India, Ireland, Israel, Italy, Mexico, New Zealand, Northern Ireland, Norway, Oman, Pakistan, Panama, Peru, Poland, Portugal, Puerto Rico, Scotland, Singapore, Spain, Sweden, Turkey, United Arab Emirates, United States of America.